## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **J & J Sports Productions, Inc.,** | Case No. 3:18-cv-15643-BRM-TJB |
| **Plaintiff** | |
| v. | **ORDER AND FINAL JUDGMENT BY DEFAULT** |
| **Acapulco Restaurant, LLC d/b/a Acapulco Restaurant & Bar; Orocia Morales; Pedro Morales; Hugo Toribio; John Does 1-10 and ABC Corps. 1-10** | |
| **Defendants** | |

Default having been entered in this action on or about June 21, 2019 against Defendants Acapulco Restaurant, LLC d/b/a Acapulco Restaurant & Bar, Orocia Morales, Pedro Morales, and Hugo Toribio (hereinafter "Defendants") and the Plaintiff's Motion for the Entry of Default Judgment and documentation in support thereof having been filed on or about July 3, 2019, and having been served on the Defendants and notice given and no appearance by the Defendants having been made in person or in writing and all other requirements for entry of default judgment pursuant to Federal Rule Civil Procedure 55 having been satisfied, now therefore

**IT IS HEREBY ORDERED AND ADJUDGED that JUDGMENT** be entered against Defendants and in favor of J & J Sports Productions, Inc. for violations of 47 U.S.C. § 605(e)(3)(C)(i)(II) and (e)(3)(C)(ii) in the amounts of $6,000.00 and $16,000.00, respectively.

**IT IS FURTHER ORDERED** that Plaintiff may submit its request for costs and reasonable attorneys' fees pursuant to 47 U.S.C. § 605(e)(3)(B)(iii) within 30 days of the entry of Judgment herein.

Date: 12/5/2019

_____
Honorable Brian R. Martinotti, U.S.D.J.